UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES - GENERAL**

| Case No. | 8:26-cv-00451-MRA-DMK | Date | May 22, 2026 |
|---|---|---|---|
| Title | David Allen Benson v. Craig Linville et al | | |


| Present: The Honorable | Diana M. Kwok, United States Magistrate Judge |
|---|---|

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 26, 2026, Plaintiff David Allen Benson, a pro se litigant, filed a Complaint pursuant to 42 U.S.C. § 1983 against Defendants Craig Linville, Kyle Ankney, County of Orange, Todd Spitzer and Raymund Diaz. ECF 1.

It appears, however, that the claims and allegations in this action are not new. On September 29, 2021, Plaintiff filed a complaint in *Dave Benson v. Craig Linville, et al.*, Case No: 8:21-cv-01597, alleging similar claims under 42 U.S.C. § 1983, based on identical facts. In that case, the Court accepted a Report and Recommendation granting Plaintiff leave to amend his complaint with respect to defendant Craig Linville. *Id.* at ECF 30. But because Plaintiff did not timely file an amended complaint or request an extension of time to do so, the Court dismissed the action with prejudice against Defendant Linville. *Id.* at ECF 31.

Claim preclusion generally applies when a prior federal action "(1) involved the same 'claim' or cause of action as the later suit, (2) reached a final judgment on the merits, and (3) involved identical parties or privies." *Mpoyo v. Litton Electro-Optical Systems*, 430 F.3d 985, 987 (9th Cir. 2005) (citation omitted). Here, it appears that the instant action involves the same claim under 42 U.S.C. § 1983 against Defendant Linville, and the dismissal with prejudice of Plaintiff's prior claim constituted a judgment on the merits for the purpose of claim preclusion. *See Stewart v. U.S. Bancorp*, 297 F.3d 953, 956 (9th Cir. 2002) ("The phrase 'final judgment on the merits' is often used interchangeably with 'dismissal with prejudice.'").

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the claims against Defendant Linville should not be dismissed with prejudice for claim preclusion on the grounds addressed above, by no later than **May 28, 2026**. Defendant Linville may file a response by no later than **June 3, 2026**.

The hearing on Defendant Linville's Motion to Dismiss is hereby continued to **June 22, 2026.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES - GENERAL**

| Case No. | 8:26-cv-00451-MRA-DMK | Date | May 22, 2026 |
|---|---|---|---|
| Title | David Allen Benson v. Craig Linville et al | | |


**IT IS SO ORDERED.**