**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

David Allen Benson,

Plaintiff,

v.

Craig Linville, et al.,

Defendants.

Case No. 8:26-cv-00451-MRA-DMK

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the claims against Defendant Craig Linville are dismissed with prejudice.

DATED: September 01, 2026

Honorable Mónica Ramírez Almadani
United States District Judge